No. D–1440. IN RE DISBARMENT OF OFFSTEIN. It is ordered that Jerrold N. Offstein, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.